UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEPHEN STEENECK,

                        Plaintiff,

  -against-

POWER-SAVE ENERGY COMPANY, f/k/a
SAFARI ASSOCIATES, INC.,

                        Defendant.
------------------------------------------------------------------x

07 CIV. 4770

LOCAL RULE
1.9 CERTIFICATION

ROBINSON

Pursuant to Local Rule 1.9, the undersigned hereby certifies that the plaintiff has no parent, subsidiary, affiliated company or interest in any other entity which is publicly held.

Dated: Melville, New York
       May 24, 2007

                                    ANDREW GREENE & ASSOCIATES, P.C.
                                    Attorneys for Plaintiff

                                    By: _____
                                       Stanley S. Zinner, Esq.(SZ 4448)
                                       Of Counsel
                                  202 Mamaroneck Avenue
                                  White Plains, New York 10601
                                  Telephone: (914)948-4800
                                  Fax: (914)948-4936

[FILED U.S. DISTRICT COURT S.D. OF N.Y.W.P. 2007 JUN -5 A 10:19]