# AG Andrew Greene & Associates, P.C.
### ATTORNEYS AT LAW

Andrew Greene
(Member NY & FL Bar)

Daniel M. Felber, Sr. Counsel
(Member NY Bar)

Samuel D. Friedlander, Assoc.
(Member NY Bar)

Howard S. Krebs, Assoc.
(Member NY Bar)

Stanley S. Zinner, Esq.
(Of Counsel)

S. Timothy Ball, Esq.
(Of Counsel)

Roger L. Cohen, Esq.
(Of Counsel)

**MEMO ENDORSED**

June 13, 2007

**MEMO ENDORSED**

**BY FACSIMILE TRANSMISSION**
914-390-4179

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Steeneck v. Power-Save Energy Company
Docket #: 07 Civ 4770 (SCR)

Dear Judge Robinson:

As counsel for the plaintiff I respectfully request an extension of time within which to file the proposed Scheduling Order. This request is prompted by the fact that we have not as yet served the defendant, a California resident.

Inasmuch as the complaint was filed on June 5, 2007 and the proposed scheduling order was to be filed by June 13, 2007 may we have until July 13, 2007 to file the order?

Awaiting your response, I remain

**APPLICATION GRANTED**
*Stephen C. Robinson*
_____
HON. STEPHEN C. ROBINSION  6/14/07

Respectfully yours,

ANDREW GREENE & ASSOCIATES, P.C.

Andrew Greene

AG/dls

USDC SDNY
DOCUMENT
ELECTRONICALLY...

Telephone 914.948.4800 | 202 Mamaroneck Avenue
Facsimile 914.948.4936 | White Plains, NY 10601
914.948.5314