Philip Rosenbach, Esq. (PR-7672)
BERMAN ROSENBACH, P.C.
10 Madison Avenue, P.O. Box 1916
Morristown, New Jersey 07962-1916
(973) 206-8200
Attorneys for Defendant
Power-Save Energy Company

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN STEENECK, | |
| Plaintiff, | Case No.: 07 civ. 4770 (WCC)(GAY) |
| | ECF Case |
| -v- | |
| POWER-SAVE ENERGY COMPANY, f/k/a SAFARI ASSOCIATES, INC., | **RULE 7.1 STATEMENT** |
| Defendant. | |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Power-Save Energy Company, f/k/a Safari Associates, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NON APPLICABLE**

Date: September 27, 2007

                                                   Berman Rosenbach, P.C.
                                                 Attorneys for Defendant

                                              By: /s/ Philip Rosenbach
                                                  Philip Rosenbach, Esq. (PR-7672)