Philip Rosenbach, Esq. (PR-7672)
BERMAN ROSENBACH, P.C.
10 Madison Avenue, P.O. Box 1916
Morristown, New Jersey 07962-1916
(973) 206-8200
Attorneys for Defendant
Power-Save Energy Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN STEENECK, | : |
| | : Case No.: 07 civ. 4770 (WCC)(GAY) |
| Plaintiff, | : ECF Case |
| | : |
| -v- | : |
| | : |
| POWER-SAVE ENERGY COMPANY, | : CERTIFICATION OF SERVICE |
| f/k/a SAFARI ASSOCIATES, INC., | : |
| | : |
| Defendant. | : |
| | : |

I, Philip Rosenbach hereby certify that on this 28th day of September 2007, a true copy of defendant's Answer and Rule 7.1 Statement was filed via ECF and a copy was served upon counsel for plaintiff Andrew Greene & Associates, P.C. via regular mail.

                                               Berman Rosenbach, P.C.
                                               Attorneys for Defendant

                                          By: /s/ Philip Rosenbach
                                              Philip Rosenbach, Esq. (PR-7672)