ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
Stephen Steeneck,

                Plaintiff                     CIVIL CASE DISCOVERY
                                                    PLAN AND SCHEDULING
                                                        ORDER
    -against-

Power-Save Energy Company, f/k/a             07 Civ. 4770 (WCC)
  Safari Associates, Inc.,

                ECF CASE

                Defendant.
------------------------------------------------------x

      The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26 (f) and 16 of the Federal Rules of Civil Procedure.

      The case is to be tried to a jury.

      Joinder of additional parties must be accomplished by December 14, 2007.

      Amended pleadings may be filed until December 14, 2007.

**DISCOVERY:**

      1. Interrogatories are to be served by all counsel no later than January 5, 2008 and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

      2. First request for production of documents, if any, to be served no later than January 5, 2008.

      3. Depositions to be completed by March 31, 2008.

          a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

          b. Depositions shall proceed concurrently.

          c. Whenever possible, unless counsel agree otherwise or the Court so orders,



non-party depositions shall follow party depositions.

4. Any further interrogatories, including expert interrogatories, to be served no later than April 15, 2008.

5. All discovery to be complete by May 16, 2008.

**SCHEDULING**:

1. Unless otherwise ordered by the Court, the parties are expected to commence discovery upon receipt of this signed Scheduling Order.

2. Counsel for the parties shall appear before the court for a status report and determination of readiness for trial on May 16, 2008 at 10:15 in the forenoon.

3. Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

Dated: Nov. 26, 2007
White Plains, NY

SO ORDERED

*William C. Conner*
William Conner U.S.D.J.